

## MURPHY & McGONIGLE
A Professional Corporation

May 13, 2011

**VIA ECF**

The Honorable Catherine C. Blake
U.S. District Court Judge
U.S. District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

*Re: Motion to Quash Filed by Al Betz & Associates*

Dear Judge Blake:

On behalf of Mr. Kaiser, we believe that the documents filed as exhibits to Al Betz & Associates' ("Betz") motion to quash Kaiser's Rule 45 subpoena for certain deposition transcripts in its possession and Kaiser's memorandum in opposition demonstrate substantial compliance with Local Rule104.7's conference of counsel requirements. The exhibits reflect the communications between the parties' counsel regarding the subpoena issued to Betz and attempts to resolve the differences between us regarding Betz's obligation to comply with the subpoena. The motion and the memorandum in opposition itemize the issues requiring resolution by the Court. Accordingly, please accept those documents and this letter as the certificate required by Local Rules 104.7 and 104.8, a prerequisite to the Court's consideration of Betz's motion.

As the Court knows, Kaiser is in the midst of arranging depositions of a number of witnesses and access to the subpoenaed transcripts is critical to his ability to proceed with this discovery. Although we understand that Betz has positioned this dispute as a motion to quash, we recognize that it is the Court's practice to resolve discovery disputes by conference and letter. Accordingly, rather than wait to schedule a hearing as a matter of motion practice, given the time constraints of ongoing discovery, we ask that the Court consider this dispute on an expedited basis.

We request that the Court schedule a conference as soon as possible to resolve whether Betz must produce the transcripts identified in Kaiser's subpoena and the costs Betz will be permitted to charge for this production.

Respectfully submitted,

Adriaen M. Morse Jr.

cc: Charles Stodghill, Esq.; Howard Hoffman, Esq. (both via ECF)

Email: amorse@mmlawus.com
Direct: +1.202.661.7014
Facsimile: +1.202.661.7046

555 Thirteenth Street, N.W.
Suite 410 West
Washington, DC 20004

New York   ♦   Virginia   ♦   Washington, D.C.