IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Securities & Exchange Commission
Plaintiff(s)

vs.

Michael Resnick and Mark Kaiser
Defendant(s)

Case No.: 05-cv-1254 (CCB)

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __Daniel T. Brown__, am a member in good standing of the bar of this Court.

My bar number is __28941__  I am moving the admission of _____

__Thomas J. McGonigle_____ to appear *pro hac vice* in this

case as counsel for __Mark P. Kaiser__.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| New York, May 4, 1983 | U.S. Supreme Court, Aug. 25, 1989 |
| District of Columbia, June 23, 1989 | U.S. Ct. of Appeals, D.C. Circuit, Aug. 29, 1989 |
|  | (see attachment for additional court admissions) |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __zero__ times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| Daniel T. Brown | Thomas J. McGonigle |
| Printed Name | Printed Name |
| Murphy & McGonigle PC | Murphy & McGonigle PC |
| Firm | Firm |
| 555 13th St NW Ste 410 West | 555 13th St NW Ste 410 West |
| Address | Address |
| Washington, D.C. 20004 | Washington, D.C. 20004 |
| City, State, Zip Code | City, State, Zip Code |
| (202) 661-7020 | (202) 661-7010 |
| Telephone Number | Telephone Number |
| (202) 661-7059 | (202) 661-7050 |
| Fax Number | Fax Number |
| DBrown@mmlawus.com | TMcGonigle@mmlawus.com |
| Email Address | Email Address |

Attachment to Motion for Admission *Pro Hac Vice* for Thomas J. McGonigle

*S.E.C. v. Resnick and Kaiser*, 05-cv-1254 (CCB), U.S. District Court for the District of Maryland

Additional U.S. Court Admissions for THOMAS J. MCGONIGLE

| Court | Date |
|---|---|
| U.S. Court of Appeals for the 2nd Circuit | May 28, 1993 |
| U.S. District Court, District of Columbia | August 7, 1989 |
| U.S. District Court, Eastern District of New York | August 31, 1984 |
| U.S. District Court, Southern District of New York | August 31, 1984 |
| U.S. District Court, Western District of Michigan | May 10, 1994 |