IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|   |   |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL RESNICK and )<br>MARK P. KAISER )<br>)<br>Defendants. )<br>) | Civil Action No: 05-cv-01254-CCB |

## [~~PROPOSED~~] ORDER REGARDING DOCUMENTS PRODUCED BY AL BETZ & ASSOCIATES PURSUANT TO SUBPOENA

WHEREAS, pursuant to a subpoena issued by Defendant Mark P. Kaiser under Rule 45 of the Federal Rules of Civil Procedure, Al Betz & Associates ("Betz") is required to produce transcripts and exhibits for depositions taken in Miller v. U.S. Foodservice, Inc., Civil Action No. 04-01129 ("Discovery Material"), subject to the Confidentiality Order entered in that case (Document 84 filed March 24, 2006);

ACCORDINGLY, it is this 26 day of May, 2011, ORDERED, that Betz shall, in compliance with the subpoena, produce to Kaiser's counsel, no later than five business days from the date of this Order, all Discovery Material except the transcript of David Abramson, which was marked "Confidential" pursuant to the terms of the Confidentiality Order; it is further

ORDERED, that Kaiser's counsel shall review the produced Discovery Material and, should counsel identify additional documents designated "Confidential" and potentially subject to the Confidentiality Order, counsel shallbring such documents to the attention of this Court; and it is further

ORDERED, that Betz shall be permitted to charge Kaiser's counsel $1.00 per page for the Discovery Material produced.

/s/
Adriaen M. Morse Jr. (Bar No. 18106)
MURPHY & MCGONIGLE P.C.
555 13th Street, NW
Suite 410 West
Washington, DC 20004
Email: amorse@mmlawus.com
Tel: (202) 661-7014
Fax: (202) 661-7046
*Attorneys for Defendant Mark P. Kaiser*

/s/
Howard B. Hoffman, Esq.
ATTORNEY AT LAW
600 Jefferson Plaza, Suite 304
Rockville, MD 20852
Tel: (301) 251-3752
Fax: (301 251-3753
Email: HBHoffmanEsq@aol.com
*Attorney for Al Betz & Associates*

SO ORDERED:

/s/ CCB

Catherine C. Blake
U.S. District Court Judge